# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia Crawford, | No. CV-23-00486-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Saving Arizona Pac, *et al.*, | |
| Defendants. | |

      Upon review of the parties' Notice of Voluntary Dismissal (Docs. 8, 9)[1], and good cause appearing,

      **IT IS ORDERED** granting the Stipulation (Docs. 8, 9). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

      **IT IS FURTHER ORDERED** directing the Clerk to close this matter.

      Dated this 17th day of April, 2023.

                                  Honorable John J. Tuchi
                                  United States District Judge

---

[1] Doc. 9 was filed as a Notice of Errata regarding the title of the Notice filed at Doc. 8.